IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KURT E. CALLOW,

    Plaintiff,

  v.

Case No. 18-cv-371-bbc

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant American Family Mutual Insurance Company against plaintiff Kurt E. Callow dismissing this case.

    s/Vivian Olmo. Deputy Clerk      11/20/2019
    Peter Oppeneer, Clerk of Court      Date